TEDDY MOORE, Appellant, v FRANK GUERRA, Defendant, and CITY OF NEW YORK et al., Respondents.

Decided June 22, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

Judge FEINMAN taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOE DARRELL, Appellant.

Submitted June 19, 2017; decided June 22, 2017

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

Judge FEINMAN taking no part.